**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LINDA SLADE, Individually and as the
representative of a class of similarly situated persons,

          Plaintiff,

Case No.   1:22-cv-6713-JPC

- against -

PUR SOMA, LLC,

          Defendants.
-----------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Linda Slade, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Pur Soma, LLC.

Dated: Scarsdale, New York
       November 2, 2022

SHAKED LAW GOUP, P.C.
Attorneys for Plaintiff

By: _/s/ Dan Shaked_
Dan Shaked, Esq.
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel. (917) 373-9128
e-mail: ShakedLawGroup@Gmail.com

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order prior to the opposing party serving an answer or a motion for summary judgment.  *See also* Fed. R. Civ. P. 41(a)(1)(B) (permitting notice of dismissal with prejudice).

Accordingly, this action is dismissed with prejudice and the Clerk of Court is respectfully directed to close this case.

SO ORDERED.
Date:  November 7, 2022
New York, New York

_/s/ John P. Cronan_
JOHN P. CRONAN
United States District Judge